ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-229-JLT-SKO |
| Plaintiff, | REQUEST TO SET ARRAIGNMENT AND CHANGE OF PLEA HEARING |
| v. | DATE: December 15, 2025 |
| JOSEPH LUIS ALAMO, | TIME: 10:00 a.m. |
| Defendant. | |

The defendant and the Government have reached an agreement under which the defendant will plead guilty to an Information, filed at ECF 11. While this case is assigned to Judge Thurston, the parties have consulted with the Court and Judge Drozd has agreed to hear the change of plea on December 15, 2025.

Consequently, the United States requests that the matter be set for Arraignment on Information and Plea on December 15, 2025, before Judge Drozd on his 10 AM Fresno calendar. The parties will submit a copy of the change of plea in advance of that hearing.

Dated: December 10, 2025

ERIC GRANT
United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

REQUEST TO SET CHANGE OF PLEA                1

**ORDER**

As described above, arraignment and plea on the Information is set for December 15, 2025, at 10:00 AM in front of Judge Drozd.

IT IS SO ORDERED.

Dated: __**December 11, 2025**__   _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE