ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   v.<br><br>JOSEPH LUIS ALAMO,<br><br>     Defendant. | CASE NO.  1:25-CR-229-JLT-SKO<br><br>REQUEST TO ADVANCE SENTENCING<br><br>DATE: February 9, 2026<br>TIME: 9:00 a.m. |

The defendant and the Government have both reviewed the draft PSR and will not be filing objections. As such, they seek to advance the sentencing to February 9, 2026. Sentencing memoranda will be filed by the Wednesday before the hearing.

Dated: January 27, 2026      ERIC GRANT
              United States Attorney

              /s/ Robert L. Veneman-Hughes
              ROBERT L. VENEMAN-HUGHES
              Assistant United States Attorney

              /s/ Richard Beshwate
              RICHARD BESHWATE
              Attorney for Joesph ALAMO

REQUEST TO SET CHANGE OF PLEA       1

**[~~PROPOSED~~] ORDER**

As described above, sentencing is advanced until February 9, 2026.

IT IS SO ORDERED.

Dated:    **January 28, 2026**

UNITED STATES DISTRICT JUDGE